# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

---------------------------------------------------X

JOSEPH HAN and TONY CHANG, on behalf
of themselves and others similarly situated,

                                     Plaintiffs,

-against-

STERLING NATIONAL MORTGAGE
COMPANY, INC., JONATHAN
GOLDBERG, ADAM DEJAK and MICHAEL
BIZENOV,

                                     Defendant.

---------------------------------------------------X

Civil Action No.: CV 09-5589

Bianco, Jr.
Tomlinson, M.J.

**STIPULATION**
**ACKNOWLEDGING**
**SERVICE AND**
**SCHEDULING TIME TO**
**ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for Plaintiffs, "JOSEPH HAN and TONY CHANG", and Defendants, sued herein as

"STERLING NATIONAL MORTGAGE COMPANY, INC., JONATHAN GOLDBERG, ADAM

DEJAK and MICHAEL BIZENOV", that Defendants' counsel is authorized to and hereby

accepts service of the Complaint in behalf of Defendants as of the date of signing. The parties

agree, further, that the date by which Defendant must answer, move or otherwise respond to the

Complaint is hereby extended to February 25, 2010.

KRASELNIK & LEE, PLLC
*ATTORNEYS FOR PLAINTIFFS*
The Empire State Building
350 Fifth Avenue, Ste. 1729
New York, NY 10118

By: _____
C.K. LEE, ESQ.    1/27/10

Dated: _____

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
58 South Service Rd., Ste. 410
Melville, NY 11747
(631) 247-0404

By: _____
PAUL J. SIEGEL, ESQ.    1/27/10

Dated: _____

SO ORDERED on this _____ day of _____, 2010.

_____
United States District Judge