

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
58 South Service Road
Suite 410
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

ALBANY, NY
ALBUQUERQUE, NM
ATLANTA, GA
BALTIMORE, MD
BIRMINGHAM, AL
BOSTON, MA
CHICAGO, IL
CINCINNATI, OH
CLEVELAND, OH
DALLAS, TX

DENVER, CO
DETROIT, MI
GREENVILLE, SC
HARTFORD, CT
HOUSTON, TX
JACKSONVILLE, FL
LAS VEGAS, NV
LONG ISLAND, NY
LOS ANGELES, CA
MEMPHIS, TN
MIAMI, FL

MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW ORLEANS, LA
NEW YORK, NY
OMAHA, NE
ORANGE COUNTY, CA
ORLANDO, FL
PHILADELPHIA, PA
PHOENIX, AZ
PITTSBURGH, PA
PORTLAND, OR

PORTSMOUTH, NH
PROVIDENCE, RI
RALEIGH-DURHAM, NC
RICHMOND, VA
SACRAMENTO, CA
SAN DIEGO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

December 20, 2010

**VIA ECF**

Hon. Judge Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722-9014

Re: Joseph Han & Tony Chang v. Sterling National Mortgage Co. Inc, et al.
Civil Action No.:  CV-09-5589

Dear District Judge Bianco:

We are counsel for Defendants in the above-referenced matter. On November 23, 2010, the Court ordered the parties to submit a proposed Notice to send to Sterling inside loan officers pursuant to Section 216(b) of the Fair Labor Standards Act (the "216(b) Notice") to the Court for approval by December 22, 2010. We write on behalf of both parties to respectfully request that the time for the parties to submit the proposed 216(b) Notice be extended. The parties are in the process of selecting a mediator to assist the parties in resolving the instant matter. The parties are required to inform Magistrate Tomlinson by January 5, 2011 of their selection of a mediator and the mediation date. The parties would like the Court's approval to adjourn submission of a proposed Notice, and the sending of a Notice, until after mediation has been completed. The parties expect to have completed mediation by mid-February.

No prior similar request has been made.

Respectfully,

JACKSON LEWIS LLP

*Wendy J. Melk*
Wendy J. Melk

WJM:dc
cc:   C.K. Lee, Esq.

4843-8950-8616, v. 1