**CIVIL CAUSE FOR TELEPHONE STATUS CONFERENCE**

BEFORE JUDGE BIANCO

December 16, 2011                                          TIME:   3:44 P.M.
                                                                         TIME IN COURT: 39 min.

CASE NUMBER:     CV 09-5589

TITLE:                   Han v. Sterling National Mortgage Company

FOR PLAINTIFF(S): C.K. Lee

FOR DEFENDANT(S): Paul Siegel, Ana Shields, Wendy Mellk
                                    (Client Paula Cappello on line)

FTR RECORDER: 3:44 - 4:23          COURTROOM DEPUTY:   Mary Ryan

OTHER: _____


 X     CASE CALLED.

 X     CONFERENCE HELD

 __    ARGUMENT HEARD / CONT'D TO _____.

 X     RE:  Motions (docs 62, 67)

**OTHER:**  Ruling on plaintiffs' cross motions (doc #67) for summary judgment placed on record: ruling on defendants' motion (doc 62) for partial summary judgment is placed on record.  Objections noted.   Briefing schedule on motion to amend:  Motion (with attached proposed amended complaint by 12/30/2011; opposition by 1/17/2012; reply by 1/31/2012.  Deft to produce contact information as stated on record to plaintiffs by 12/28/2011.   Order to follow.